UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHIN MENG SIEW,

           Plaintiff,                      **ECF CASE**

    v.

                                          07 Civ. 10580 (RJS)

MICHAEL CHERTOFF, et al.,

           Defendants.                NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          December 19, 2007

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                            By:    /s/_____
                                          F. JAMES LOPREST, JR.
                                          Special Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2728
                                          Facsimile: (212) 637-2786
                                          Email: james.loprest@usdoj.gov

TO:    Daniel Bernard Lundy
         Barst & Mukamal LLP
         2 Park Avenue, 19th Floor
         New York, NY 10016