MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2\6\0 8
```

*SULLIVAN'S*

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CHIN MENG SIEW,

                    Plaintiff,

           - v. -

MICHAEL CHERTOFF, et al.,

                  Defendants.

-----------------------------------------------------------------x

:
:
:
:
:

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 10580 (RJS)

WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization

application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action

be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
       January 31 , 2008

                                         BARST & MUKAMAL, LLP
                                         Attorneys for Plaintiff

                    By:    DANIEL LUNDY, ESQ.
                               2 Park Avenue, 19th Floor
                               New York, NY 10016
                               Tel. No.: (212) 686-3838

Dated:  New York, New York
       January  ᵗ , 2008
        F.L

                                           MICHAEL J. GARCIA
                                         United States Attorney for the
                                         Southern District of New York
                                         Attorney for Defendants

                    By:    _____
                               F. JAMES LOPREST, JR.
                               Special Assistant United States Attorney
                               86 Chambers Street, 4th Floor
                               New York, NY 10007
                               Tel. No.: (212) 637-2728

SO ORDERED:

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2/6/08

2007vo2021